# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOWARD JONES | : | CIVIL ACTION |
| v. | : | |
| THE DISTRICT ATTORNEY OF THE COUNTY OF and THE ATTORNEY GENERAL OF THE STATE OF | : | NO. 19-1060 |

## ORDER

**NOW**, this 3rd day of June, 2019, upon consideration of the Petition Under 28 U.S.C. § 2254 for Writ of *Habeas Corpus* By A Person in State Custody (Document No. 1), the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Lynne A. Sitarski is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of *Habeas Corpus* is **DISMISSED**; and,

4. There is no probable cause to issue a certificate of appealability.

/s/ TIMOTHY J. SAVAGE J.